CHARLES H. B. PERKINS, Administrator, etc., Respondent, *v.* THE BUFFALO, ROCHESTER AND PITTSBURGH RAILROAD COMPANY, Appellant.

(Argued February 6, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of June, 1890, which affirmed a judg-

ment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Henry G. Danforth* for appellant.

*M. E. & E. M. Bartlett* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.